UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| SCOTT JOHNSON, | Case: 4:18-CV-01693-HSG |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| ROBERT N. PERRY, in individual and representative capacity as trustee; MARILYN J. PERRY, in individual and representative capacity as trustee; BAY LIGHTNING SUPPLY, INC., a California Corporation; and Does 1-10, | |
| Defendants. | |

### **ORDER**

Pursuant to F.R.CIV.P.41(a)(1), Defendant Robert N. Perry, in individual and representative capacity as trustee is hereby ordered dismissed without prejudice.

Dated: 5/7/2018

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE